| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS WICHITA FALLS DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Farmers Milling Company of Graham, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **75-1478906** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **406 Sixth Street Graham, TX**    ZIP CODE **76450** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Young** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 89 Graham, TX**    ZIP CODE **76450** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Farmers Milling Company of Graham, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition **(This page must be completed and filed in every case)** | Name of Debtor(s): **Farmers Milling Company of Graham, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Ron L. Yandell
_____
**Ron L. Yandell**            Bar No. **22123200**

**Ron L. Yandell**
**705 Eighth St.**
**Suite 720**
**Wichita Falls, Texas 76301**

Phone No. **(940) 761-3131**     Fax No. **(940) 761-3133**

02/11/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Farmers Milling Company of Graham, Inc.**

X /s/ Michael Bryant
_____
Signature of Authorized Individual

**Michael Bryant**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

02/11/2010
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN RE:   **Farmers Milling Company of Graham, Inc.**                                    CASE NO

                                                                                        CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____**75-1478906**_____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____**2/11/2010**_____.

   a. Total Assets                              $588,802.71

   b. Total Liabilities                         $1,862,350.47

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | $939,325.00 | 3 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $923,025.47 | 110 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4. Brief description of debtor's business:

IN RE:   **Farmers Milling Company of Graham, Inc.**                    CASE NO

                                                                        CHAPTER    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    *Michael Bryant, 50%*
    *Kelley Adair, 50%*

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**Michael Bryant**_____ , the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:__**02/11/2010**_____          Signature:__**/s/ Michael Bryant**_____
                                                      **Michael Bryant**
                                                      **President**

<u>CORPORATE RESOLUTION</u>

OF

FARMERS MILLING COMPANY OF GRAHAM, INC.

KNOW ALL MEN BY THESE PRESENTS THAT:

WHEREAS, FARMERS MILLING COMPANY OF GRAHAM, INC., a Texas corporation, has suffered business reversals and the inability to pay for some of its major assets being in Young County, Texas;

AND WHEREAS, the shareholders of FARMERS MILLING COMPANY OF GRAHAM, INC., believe that said business is unable to pay its debts as they accrue; and

WHEREAS, FARMERS MILLING COMPANY OF GRAHAM, INC. desires to employ counsel for purpose of filing bankruptcy under 11 U.S.C. (the Bankruptcy Code);

NOW THEREFORE, BE IT RESOLVED, that FARMERS MILLING COMPANY OF GRAHAM, INC., acting through Michael Bryant, its President and 50% stockholder, agrees to employ the services of Ron L. Yandell, Attorney at Law, 705 Eighth Street, Suite 720, Wichita Falls, Texas 76301 for the purposes of placing said corporation into a voluntary Chapter 11 proceeding and pursuing such rights and remedies as may be afforded thereunder.

IT IS FURTHER RESOLVED that Michael Bryant is authorized to execute all documents and instruments necessary to effect the filing of such petition.

SIGNED this  11th  day of February 2010.

FARMERS MILLING COMPANY OF
GRAHAM, INC.

By: _____
Michael Bryant, President
50% Stockholder

ATTEST:

_____
Kelley Adair,
Secretary and 50% Stockholder

IN RE:   **Farmers Milling Company of Graham, Inc.**                    CASE NO

                                                                                                    CHAPTER     **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  <u>02/11/2010</u>                                          Signature  <u>/s/ Michael Bryant</u>
                                                                                                    *Michael Bryant*
                                                                                                    *President*

Date  _____                    Signature  _____

ADM Grain
131 E. Exchange Ave., Suite 106
Fort Worth, TX 76164


Alex and Jeff Dooley
HC74, Box 745
Graham, TX 76450


Alex Dooley
HC74, Box 745
Graham, TX 76450


Allen Gameson
Rt. 1, Box 766
Olney, TX 76374


Alliance Sports Group
602 Fountain Parkway
Grand Prairie, TX 75050


Asa Smith Oil Company
1113 4th Street
Graham, TX 76450


AT&T
P.O. Box 650661
Dallas, TX 75265-0661


Attorney in Charge
Office of the U.S. Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242


Bill Hamman
695 U.S. Hwy 281 N
Jacksboro, TX 76458

Bill Mills
1056 FM 1285
Seymour, TX 76380-7707


Bill White
P.O. Box 575
Breckenridge, TX 76424


Bottlinger Grain
460 CR 932
Hamilton, TX 76531


Brazos Telecommunications, Inc.
109 N. Avenue D
Olney, TX 76374-1897


Brico Oil, Inc.
P.O. Box 890
Breckenridge, TX 76424


Brown Bag Co., LLC
24925 Lawson Road
Little Rock, AR 72210


Bryant Grain
Drawer 596
Aledo, TX 76008


Buchanan Building Supply
1200 Packing House Road
Graham, TX 76450


Buffalo Business Products
P.O. Box 185399
Fort Worth, TX 76181-0399

Burch Ranch
10025 Padin Road
Needville, TX 77461


Burkett Enterprises
P.O. Box 40
Graham, TX 76450


Butch Ernst
P.O. Box 123
Palo Pinto, TX 76484


C Ranch
261 CR 150
Breckenridge, TX 76424


Carl Corlee
3404 Glenmont Drive
Fort Worth, TX 76133


Cecil Birdwell
Fm Rd 2652
Graham, TX 76450


Charlie Clay
147 Quail Run
Jacksboro, TX 76458


Circle S
HC74, Box 745
Graham, TX 76450


City of Graham
P.O. Drawer 1449
Graham, TX 76450

```
City of Newcastle
P.O. Box 66
Newcastle, TX 76372


City of Olney
P.O. Box 548
Olney, TX 76374-0549


Clayton Ranch
P.O. Box 127
Bryson, TX 76427


Conner Birdwell
109 N. Summit
Graham, TX 76450


Danny Hardin
P.O. Box 273
Newcastle, TX 76372


David Phillips
P.O. Box 898
Graham, TX 76450


Dealer Products
P.O. Box 5527
Arlington, TX 76005


Don Lyons
P.O. Box 1412
Graham, TX 76450


Don's Butaine
Rt. 2, Box 8
Olney, TX 76374
```

Dorothy Bryant
405 6th Street
Graham, TX 76450


Drumheller Packaging Inc.
P.O. Box 716
Clardsdale, MS 38614-0716


E.A. Leach
15706 Hwy. 281
Jacksboro, TX 76458


Easterling Ranch
805 Elm Street
Graham, TX 76450


Farmers Coop Gin and Elevator
P.O. Box 1431
Vernon, TX 76385


Fay J Packaging
P.O. Box 6043
Texarkana, TX 75505-6043


First Choice Power
P.O. Box 659603
San Antonio, TX 78265-9603


First Choice Power
102 West Elm St.
Olney, TX 76374


Frontier Trading, Inc.
Heartland Trading Co.
P.O. Box 460
Roff, OK 74865

Glyn Loftin
HC74, Box 919
Graham, TX 76450


GMG
4746 FM 1769
Loving, TX 76460


GO Land and Cattle
P.O. Box 232
Breckenridge, TX 76424


Graham Leader
P.O. Box 600
Graham, TX 76450


Graham National Bank
P.O. Box 450
Graham, TX 76450


Hamman Bros.
695 U.S. Hwy 281 N
Jacksboro, TX 76458


Hardeman County Grain
P.O. Box 610
Chillicothe, TX 79225


Harley Portwood
944 Babe Road
Seymour, TX 76380


Harry Carner
Megargel, TX 76370

Hawkins Family LP
P.O. Box 61
Graham, TX 76450


Hi-Plains Hull Company
P.O. Box 750
Perryton, TX 79070-0750


Holy Cow Beef
2491 Finis Road
Graham, TX 76450


Internal Revenue Service
Austin, TX 73301


J & J Agri Services, Inc.
P.O. Box 1181
Sherman, TX 75091-1181


Jack Loftin
Route 1
Windthorst, TX 76289-9401


James Reid
502 FM 576 W
Breckenridge, TX 76424


John Clarke
1551 Lower Tank Valley Rd.
Graham, TX 76450


John Purlsey
3014 U.S. Hwy 281 N
Jacksboro, TX 76458-3511

Johnny Cuba
Megargel, TX 76370


Jon Garvey
4746 FM 1769
Loving, TX 76460


Ken Babock Sales, Inc.
1858 220th Street
Hiawatha, KS 66434


Kerwin Stephens
515 Fourth Street
Graham, TX 76450


Kirk Shepard
P.O. Box 87
Loving, TX 76460


L.D. Thetford
722 Indiana
Graham, TX 76450


LS Cattle Co.
5012 Stephens Cty Rd. 104
Strawn, TX 76475


Matthews Cattle Co.
2672 Jones Rd.
Woodson, TX 76491


Max Roberts
911 Fairview
Graham, TX 76450

Mike Campbell
Star Route, Box 54
Olney, TX 76374


Nathan Segal & Company
P.O. Box 272189
Houston, TX 77277-2189


O'Reilly Auto Parts
P.O. Box 790098
St. Louis, MO 63179-0098


Oil City Supplies
P.O. Box 240
Graham, TX 76450


Ozelle Devenport
14025 CR 181
Caddo, TX 76429


P Bar Ranch
2844 Vista Del Arroyo
San Angelo, TX 76904


Pitcock, Inc.
P.O. Box 747
Graham, TX 76450


Producers Cooperative Elevator
P.O. Box 69
Floydada, TX 79235


Production Plus
P.O. Box 1106
Plainview, TX 79073-1106

Rancho De Paz
HC60, Box 111
Graham, TX 76450


RAS Trucking
10106 County Rd. 6012
Munday, TX 76374


Ricky Wade
1244 FM 1191 N
Bryson, TX 76427


Rowe Electric
415 Pennsylvania St.
Graham, TX 76450


Rumors Fertilizer Service
P.O. Box 247
Loving, TX 76460


Rusty's Weigh Scales and Service
408 N. Interstate 27
Lubbock, TX 79403-3220


S.O.O. Trucking
P.O. Box 528
Okeene, OK 73763


Sevin M. Ranch
405 W. Belknap
Jacksboro, TX 76458


Shamburger Building Center
339 4th Street
Graham, TX 76450

Skidmore's Graham Auto Rebuilders
415 Tennessee
Graham, TX 76450


Slow Rolling Trucking
301 Doak
O'Donnell, TX 79351


Small Business Administration
4300 Amon Carter Blvd. Ste 114
Fort Worth, TX 76155


Special Procedures Staff
Internal Revenue Service
Mail Code 5020DAL
1100 Commerce Street
Dallas, TX 75242

Stacy Rogers
Rt. 3, Box 21
Olney, TX 76374


Star Supply & Tire
P.O. Box 899
Graham, TX 76450


Stewart Heighten
P.O. Box 686
Graham, TX 76450


Strategic Energy
P.O. Box 676863
Dallas, TX 75267-6863


SureGrow AG Products
250 CR 416
Comanche, TX 76442

TCF Equipment Financing
11100 Wayzata Blvd. Ste. 801
Minnetonka, MN 55305


Texas Gas Company
P.O. Box 269042
Oklahoma City, OK 73126-9042


TXU Energy
P.O. Box 100001
Dallas, TX 75310-0001


TXU Energy
P.O. Box 660161
Dallas, TX 75288-0161


United States Attorney General
Department of Justice
717 N. Harwood Street, Suite 400
Dallas, TX 75202


Verizon Wireless Bankruptcy Admin.
P.O. Box 3397
Bloomington, IL 61702


W.G. Boyle Family Ltd
P.O. Box 657
Graham, TX 76450


W.K. McCluer Est. Trust
1406 Crescent Drive
Graham, TX 76450


Westway Feed Products
23623 Network Place
Chicago, IL 60673-1236

Wheat Hill Commodities
2299 Wheathill Road
Sanger, TX 76266


Wilson Oatman
P.O. Box 247
Loving, TX 76460


Windjammer Communications
P.O. Box 2273
Omaha, NE 68103-2273


Young CAD
101 Courthouse
516 Fourth Street
Graham, TX 76450